# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRATT RETAIL SPECIALTIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> PROAMPAC LLC <br><br> Defendant. | Case No.: _____ <br><br> **JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Pratt Retail Specialties, LLC is a wholly owned subsidiary of Pratt Corrugated Holdings, Inc., which is a wholly owned subsidiary of Pratt Industries, Inc.  No publicly held corporation owns 10% or more of Pratt Industries, Inc.'s stock.

Dated: September 25, 2024

OF COUNSEL:

Jeffrey R. Kuester (*pro hac vice forthcoming*)
Peter M. Jones (*pro hac vice forthcoming*)
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
jkuester@taylorenglish.com
pmjones@taylorenglish.com

　*/s/ Kenneth L. Dorsney*　
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Plaintiff*
*Pratt Retail Specialties, LLC*