**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| PRATT RETAIL SPECIALTIES, LLC, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | Case No.: 1:24-cv-01073-RGA |
| | ) | |
| vs. | ) | |
| | ) | |
| PROAMPAC HOLDINGS INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | |

**DECLARATION OF JAMES G. GORMAN III, ESQ. IN SUPPORT OF THE
CONTINUED SEALING OF EXHIBITS A-G TO DEFENDANT/COUNTERCLAIM
PLAINTIFF PROAMPAC HOLDINGS INC.'S MOTION TO ENFORCE SETTLEMENT
AGREEMENT**

I, James G. Gorman III, Esq., declare the following:

1.      I am an attorney with the law firm of Blank Rome LLP, and I am a member of the State Bar of Delaware admitted to practice in the United States District Court for the District of Delaware.

2.      I am Delaware counsel for Defendant/Counterclaim Plaintiff ProAmpac Holdings Inc. ("ProAmpac"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

3.      I am submitting this declaration in support of the continued sealing of Exhibits A-G to ProAmpac's Motion to Enforce Settlement Agreement and Request for Attorneys' Fees filed against Plaintiff/Counterclaim Defendant Pratt Retail Specialties, LLC ("Pratt") (the "Motion"), in their entirety.

4.      Each of Exhibits A-G (described more fully in the table below) contains sensitive and confidential settlement email communications and an agreement exchanged under the protections of Rule 408.

| | |
|---|---|
| Exhibit A | February 10, 2026 Email Chain Among Counsel "Re Pratt v ProAmpac Rule 408 Settlement Communication" |
| Exhibit B | February 13, 2026 Email Chain Among Counsel "Re: Pratt v. ProAmpac - non-binding settlement terms" |
| Exhibit C | February 19, 2026 Email Chain Among Counsel "Re Pratt v. ProAmpac - non-binding settlement terms – Markman" |
| Exhibit D | March 12, 2026 Email Chain Among Counsel "RE Pratt v. ProAmpac - settlement drafting" with Attachment |
| Exhibit E | April 10, 2026 Email Chain Among Counsel "Re: Pratt v. ProAmpac – settlement drafting" |
| Exhibit F | April 14, 2026 Email Chain Among Counsel "Re: Pratt v. ProAmpac – settlement drafting" |
| Exhibit G | April 13, 2026 Confidential Settlement Agreement, Release, and ███████ redline |

5.      These Rule 408 protected settlement communications are the exact sort of documents that do not lend themselves to redaction. Moreover, their sensitive and confidential nature outweighs the typical public right to access.

6.      ProAmpac has otherwise appropriately redacted all other documents associated with the Motion and I declare that a continued seal of Exhibits A-G in their entirety is appropriate and necessary.

7.      Pratt has no objections to proceeding in this manner as well.

I declare under penalty of perjury that the foregoing is true and correct.

2

Dated: April 22, 2026           **BLANK ROME LLP**

*/s/ James G Gorman III*
James G. Gorman III (No. 6284)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6431
Facsimile: (302) 425-6464
James.Gorman@blankrome.com

*Attorney for Defendant ProAmpac Holdings Inc.*